RECEIVED

MAR 1 5 2017

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

JAMES ALLEN ROBINSON,      CIVIL ACTION NO. 1:16-CV-1058-P

VERSUS      JUDGE JAMES T. TRIMBLE, JR.

SHERIFFS OFFICE, ET AL.      MAGISTRATE JUDGE PEREZ-MONTES

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including the objections filed by Plaintiff, having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that Robinson's vicarious liability and official capacity claims are hereby DENIED and DISMISSED as to all Defendants.

**IT IS ORDERED** that Robinson's §1983 claims against the following defendants are hereby DENIED and DISMISSED: Medical Assistant Cristy Lnu, NORTEC, LLC, Lt. Aaron, Sheriff Hilton, and Warden Batiste.

**IT IS ORDERED** that ~~and~~ all claims against Sgt. Goudeau be DENIED and DISMISSED, except for Robinson's Eighth Amendment claim against Sgt. Goudeau for the removal of his cast on July 26, 2015.

THUS DONE AND SIGNED at Alexandria, Louisiana, this _15th_ day of March, 2017.

JUDGE JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA