RECEIVED
APR 13 2018
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| JAMES ALLEN ROBINSON, Plaintiff | CIVIL ACTION NO. 1:16-CV-1058-P |
| VERSUS | JUDGE JAMES T. TRIMBLE, JR. |
| SHERIFF'S OFFICE, *ET. AL.*, Defendants | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Robinson's Motion for Summary Judgment (Doc. 51) is DENIED.

IT IS FURTHER ORDERED that Goudeau's Motion for Summary Judgment (Doc. 54) is GRANTED as to Robinson's § 1983 claims and Robinson's negligence claim against Goudeau.

IT IS FURTHER ORDERED that Robinson's § 1983 claims against Goudeau be DISMISSED WITH PREJUDICE, and that Robinson's remaining negligence claims be DISMISSED WITHOUT PREJUDICE.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana on this 13th day of April, 2018.

JUDGE JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE